IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.R. and N.R.** : | |
| *INDIVIDUALLY AND AS* : | |
| *PARENTS AND NATURAL GUARDIANS* : | |
| *OF C.R. (A MINOR*) : | |
| : | **CIVIL ACTION NO. 23-4907** |
| **v.** : | |
| : | |
| **DOWNINGTOWN AREA** : | |
| **SCHOOL DISTRICT, ET AL.** : | |

### ORDER

This 8th day of July, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 9) is **GRANTED**. Plaintiffs' federal claims in the Amended Complaint (Counts I-V) are **DISMISSED with prejudice**. Plaintiffs' state law claims (Counts VI-VIII) are **DISMISSED without prejudice**, permitting Plaintiffs to pursue these claims in state court.

It is further **ORDERED** that Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF 11) is **DENIED** as futile.

The Clerk of Court is requested to mark this case closed.

s/Gerald Austin McHugh
United States District Judge
